# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| ASHLEY HUDDLESTON | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:22-cv-00718 |
| v. | ) | |
| | ) | |
| SPRINGFIELD HEALTH SERVICES, LLC | ) | JUDGE CAMPBELL |
| d/b/a TRISTAR NORTHCREST MEDICAL | ) | MAGISTRATE JUDGE |
| CENTER; SAMANTHA STEPHENS, P.A.; | ) | HOLMES |
| KIMBERLY RICE, APRN; REBEKAH | ) | |
| KOLLAR, M.D. and JAMES E. NELL, M.D. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR SANCTIONS

Comes the Plaintiff, Ashley Huddleston, by and through Counsel, and hereby requests that this Court sanction Counsel for Defendants pursuant to Rule 30(d)(2) and of the Federal Rules of Civil Procedure. In further support of same, Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Sanctions is filed simultaneously herewith.

This the 4th day of September, 2024.

Respectfully submitted,

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP

/s/ Robert A. Young
Robert A. Young (Tenn. Sup. Crt. No.28860)
1101 College St., P.O. Box 770
Bowling Green, KY 42101
Phone: (270) 781-6500
Fax: (270) 782-7782
E-mail: byoung@elpolaw.com
*Co-counsel for Plaintiff*
And

3868021

/s/ Larry L. Crain
Larry L. Crain (Tenn. Sup. Crt. No. 9040)
CRAIN LAW GROUP
5214 Maryland Way
Brentwood, TN 37027
Phone: (615) 376-2600
Fax: (615) 345-6009
larry@crainlaw.legal
*Co-counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 4th day of September, 2024, the foregoing was filed using the Court's ECF system which will send notice to the following counsel of record:

John F. Floyd, Jr.
WICKER SMITH O'HARA MCCOY & FORD, P.A.
3990 Hillsboro Pike, Suite 300
Nashville, TN 37215
jfloydjr@wickersmith.com
*Attorney for Defendants, Samantha Stephens, P.A.*
*And James E. Nell, M.D.*

/s/ Robert A. Young
ROBERT A. YOUNG

3868021