From: Floyd, Jr., John F. <JFloydJr@wickersmith.com>
Sent: Tuesday, July 23, 2024 5:04 AM
To: Robert A. Young <byoung@elpolaw.com>
Cc: Bridget Stratton <bstratton@elpolaw.com>; Duke, Rachael <RDuke@wickersmith.com>; larry@crainlaw.legal; Floyd, Sr, John F. <JFloyd@wickersmith.com>; Harcup, Summer <Sharcup@wickersmith.com>; Kate Payton <kpayton@elpolaw.com>
Subject: Re: [EXTERNAL] RE: Huddleston v. Kollar

Bob,

I don't plan on bringing it up. If for some reason the door is opened and it is discussed, I would expect that you will include it in your deposition objections for the court's consideration at the pre-trial conference.


John F. Floyd, Jr.
Partner



3990 Hillsboro Pike, Suite 200
Nashville, TN 37215

615-369-3315 direct | (615) 369-3300 main

www.wickersmith.com



Atlanta ● Brunswick ● Fort Lauderdale ● Jacksonville ● Key Largo ● Melbourne ● Miami ● Naples ● Nashville ● Orlando ● Palmetto Bay ● Pensacola ● Phoenix ● Sarasota ● Tampa ● West Palm Beach

On Jul 22, 2024, at 6:01 PM, Robert A. Young <byoung@elpolaw.com> wrote:


John,

We plan on filing a Motion *in limine* to Exclude Reference to David Wiggins, M.D.'s Conscientious Objector Status. Please let me know if you plan on introducing this evidence during his deposition. If so, we plan on filing a motion. Thanks.

Bob Young
Managing Partner
English, Lucas, Priest & Owsley, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY 42102-0770
Phone | 270-781-6500     Fax | 270-782-7782
Web | www.elpolaw.com  E-Mail | byoung@elpolaw.com
<image002.png>
Connect on Facebook with ELPO here: www.facebook.com/ELPOLaw
Follow us on Twitter here: www.twitter.com/ELPOLaw

NOTICE: This e-mail and any attachments to it may be privileged or confidential. If this e-mail was sent to you in error, please notify me immediately by return e-mail or by phone at 270-781-6500 (collect), and please do not use, forward, disseminate, retain, print or copy this e-mail or any attachments.