From: Floyd, Jr., John F. <JFloydJr@wickersmith.com>
Sent: Wednesday, August 28, 2024 3:29 PM
To: Robert A. Young <byoung@elpolaw.com>
Subject: RE: [EXTERNAL] RE: Huddleston v. Kollar

Bob,

I hope you had a safe drive home yesterday.

I wanted to remind you of my email below based on your comments and threat of sanctions on the record after the deposition yesterday. It was my position that you opened the door to Dr. Wiggins' court martial based on your eliciting testimony about his military record and introducing his CV identifying his military experience on direct examination. That is why I brought this issue up on cross-exam.

I am sure you forgot about my email below, so I wanted to point that out so there is no misunderstanding in the unlikely event we have to address this issue any further.


John F. Floyd, Jr.
Partner



3990 Hillsboro Pike, Suite 200
Nashville, TN 37215

615-369-3315 direct | (615) 369-3300 main
www.wickersmith.com



Atlanta ● Brunswick ● Fort Lauderdale ● Jacksonville ● Key Largo ● Melbourne ● Miami ● Naples        Nashville
● Orlando ● Palmetto Bay ● Pensacola ● Phoenix ● Sarasota ● Tampa ● West Palm Beach